UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21028-CIV-DIMITROULEAS

United of Omaha Life Insurance
Company,

    Plaintiff,

vs.

Jessica Sziranyi,
Katherine Sullivan,
Suzanne Massialas,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court on Plaintiff United of Omaha Life Insurance Company ("Plaintiff")'s Motion for Leave to Deposit Funds, Discharge and Attorney's Fees [DE 18]; and the September 11, 2025 Report and Recommendation by Magistrate Judge Ellen F. D'Angelo (the "Report") [DE 36].  The Court notes that no objections to the Report [DE 36] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 36] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 36] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 36] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's request for entitlement to attorney's fees and costs to be deducted from the amount deposited into the Court Registry, contained within Plaintiff's Motion to Deposit Funds and Discharge and Attorney's Fees [DE 18], is hereby **DENIED**.

3. The Clerk is **DIRECTED** to mail a copy of this Order to Defendant Katherine Sullivan at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 26th day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Katherine Sullivan
1400 NE 191st Street, # 301
Miami, FL 33179